■ CAYSEA CONTRACTING CORP., Respondent, v MASSA CONSTRUCTION, INC., Appellant, et al., Defendants. [60 NYS3d 895]— Appeal from an order of the Supreme Court, Ontario County

(Matthew A. Rosenbaum, J.), entered October 3, 2016. The order denied the motion of defendants Massa Construction, Inc., and International Fidelity Insurance seeking to dismiss plaintiff's complaint as against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court. We write only to note that defendant International Fidelity Insurance did not take an appeal from the order (see CPLR 5515 [1]) and, therefore, any contentions raised by it are beyond our review (see Hecht v City of New York, 60 NY2d 57, 61 [1983]; Matter of Sheldon v Jaroszynski, 142 AD3d 762, 762-763 [2016]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.